**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JIMMY CHARLES SULLIVAN, JR.**                                                    **PLAINTIFF**

**V.**                     **CIVIL ACTION NO. 3:10cv499 HTW-LRA**

**DR. STACEI INGRAM, et al**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [docket no. 28] which clearly notified the respective parties in the above-styled and numbered cause that written objections to the findings and recommendations contained therein must be filed within fourteen (14) days from the date of filing in accordance with Title 28 U.S.C. § 636. This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

SO ORDERED, this the 16th day of May, 2011.

                                                          s/ HENRY T. WINGATE
                                                          UNITED STATES DISTRICT JUDGE